UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Elyse Robinson, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>-v.-<br><br>Ability Recovery Services, LLC and John Does 1-25,<br><br>Defendant(s). | Civil Action No. 1:20-cv-01038-MN |

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT ABILITY RECOVERY SERVICES, LLC ONLY**

Plaintiff, by counsel, and Defendant Ability Recovery Services, LLC ("Ability"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's case against Ability only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

/s/ Antranig Garibian
Antranig N. Garibian, Esq. (Bar No. 4962)
Garibian Law Offices, P.C.
1010 Bancroft Parkway, Suite 22
Wilmington, DE  19805
E-Mail:  ag@garibianlaw.com
*Counsel for Plaintiff*

/s/ Andrew E. Cunningham
Andrew E. Cunningham, Esq.
(Bar No. 5472)
Sessions, Israel & Shartle, LLC
141 West Jackson Blvd., Suite 3550
Chicago, IL 60604
E-Mail:  acunningham@sessions.legal
*Counsel for Ability Recovery Services, LLC*

May 10, 2021

SO ORDERED this 10th day of May 2021.

/s/ Maryellen Noreika
The Honorable Maryellen Noreika
United States District Judge